**Order entered May 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01220-CR

### HUBERT WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-53043-M**

## ORDER

Appellant's April 11, 2013 motion to extend the time to file appellant's brief is

**GRANTED**.  The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the

date of this order.


/s/    LANA MYERS
       JUSTICE